# UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA

www.flsb.uscourts.gov

## CHAPTER 13 PLAN (Individual Adjustment of Debts)

☐ _____ Original Plan

☐ _____ Amended Plan (Indicate 1st, 2nd, etc. Amended, if applicable)

■ SECOND _____ Modified Plan (Indicate 1st, 2nd, etc. Modified, if applicable)

DEBTOR: SUSAN FRANCIS SAVIO     JOINT DEBTOR: _____     CASE NO.: 15-13256 RAM

SS#: xxx-xx- 5939                SS#: xxx-xx- _____

## I. NOTICES

**To Debtors:** Plans that do not comply with local rules and judicial rulings may not be confirmable. All plans, amended plans and modified plans shall be served upon all creditors and a certificate of service filed with the Clerk pursuant to Local Rules 2002-1 (C)(5), 3015-1(B)(2), and 3015-2. Debtor(s) must commence plan payments within 30 days of filing the chapter 13 petition or within 30 days of entry of the order converting the case to chapter 13.

**To Creditors:** Your rights may be affected by this plan. You must file a timely proof of claim in order to be paid. Your claim may be reduced, modified or eliminated.

**To All Parties:** The plan contains no nonstandard provisions other than those set out in paragraph VIII. Debtor(s) must check one box on each line listed below in this section to state whether the plan includes any of the following:

| | | |
|---|---|---|
| The valuation of a secured claim, set out in Section III, which may result in a partial payment or no payment at all to the secured creditor | ■ Included | ☐ Not included |
| Avoidance of a judicial lien or nonpossessory, nonpurchase-money security interest, set out in Section III | ☐ Included | ■ Not included |
| Nonstandard provisions, set out in Section VIII | ☐ Included | ■ Not included |

## II. PLAN PAYMENTS, LENGTH OF PLAN AND DEBTOR(S)' ATTORNEY'S FEE

**A. MONTHLY PLAN PAYMENT:** This Plan pays for the benefit of the creditors the amounts listed below, including trustee's fees of 10%, beginning 30 days from the filing/conversion date. In the event the trustee does not retain the full 10%, any unused amount will be paid to unsecured nonpriority creditors pro-rata under the plan:

1. $243.80    for months   1  to  47  ;
2. $516.03    for months  48  to  48  ;
3. $287.70    for months  49  to  60  ;

**B. DEBTOR(S)' ATTORNEY'S FEE:**    ☐ NONE    ☐ PRO BONO

| Total Fees: | $5225.00 | Total Paid: | $500.00 | Balance Due: | $4725.00 |
|---|---|---|---|---|---|
| Payable | $89.36 | /month (Months 1 to 47) | | | |
| Payable | $365.25 | /month (Months 48 to 48) | | | |
| Payable | $159.75 | /month (Months 49 to 49) | | | |

Allowed fees under LR 2016-l(B)(2) are itemized below:
CHAPTER 13 $3,500.00 plus $150.00 cost; Motion to Reinstate $500.00 plus $25.00 cost; Motion to Value $500.00 plus $25.00 cost; Motion to Modify $500.00 + $25.00 cost = $5,225.00.

Applications for compensation must be filed for all fees over and above the Court's Guidelines for Compensation.

## III. TREATMENT OF SECURED CLAIMS

**A. SECURED CLAIMS:** ■ NONE

[Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Lien on Real or Personal Property:

**B. VALUATION OF COLLATERAL:** ☐ NONE

IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED UPON YOU PURSUANT TO BR 7004 AND LR 3015-3.

Debtor(s): SUSAN FRANCIS SAVIO     Case number: 15-13256 RAM

**1. REAL PROPERTY:** ■ NONE

**2. VEHICLES(S):** ☐ NONE

| 1. | Creditor: Capital One Auto Finance<br>Address: c/o AIS PORTFOLIO SVCS LP<br>POB 4360<br>Houston, TX 77210<br>Last 4 Digits of Account No.: 1742<br>VIN: 1N4AL2APXAN482022<br>Description of Collateral:<br>2010 Nissan Altima 4D Sedan S<br><br>Check one below:<br>■ Claim incurred 910 days or more pre-petition<br>☐ Claim incurred less than 910 days pre-petition | Value of Collateral: $8,500.00<br>Amount of Creditor's Lien: $0.00<br><br>Interest Rate: 4.50% | **Payment**<br>Total paid in plan: $9,508.29<br><br>$139.24 /month (Months 1 to 47)<br>$94.18 /month (Months 48 to 49)<br>$252.35 /month (Months 50 to 60) |

   **3. PERSONAL PROPERTY:** ■ NONE

C. **LIEN AVOIDANCE** ■ NONE

D. **SURRENDER OF COLLATERAL:** Secured claims filed by any creditor granted stay relief in this section shall not receive a distribution fom the Chapter 13 Trustee.

   ■ NONE

E. **DIRECT PAYMENTS:** Secured claims filed by any creditor granted stay relief in this section shall not receive a distribution fom the Chapter 13 Trustee.

   ■ NONE

IV. **TREATMENT OF FEES AND PRIORITY CLAIMS** [as defined in 11 U.S.C. §507 and 11 U.S.C. § 1322(a)(4)]

   A. **ADMINISTRATIVE FEES OTHER THAN DEBTORS(S)' ATTORNEY'S FEE:** ■ NONE

   B. **INTERNAL REVENUE SERVICE:** ■ NONE

   C. **DOMESTIC SUPPORT OBLIGATION(S):** ■ NONE

   D. **OTHER:** ■ NONE

V. **TREATMENT OF UNSECURED NONPRIORITY CREDITORS**

   A. Pay $5.84 /month (Months 1 to 47)

      Pay $5.00 /month (Months 48 to 49)

      Pay $6.58 /month (Months 50 to 60)

   Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

   B. ☐ If checked, the Debtor(s) will amend/modify to pay 100% to all allowed unsecured nonpriority claims.

   C. **SEPARATELY CLASSIFIED:** ■ NONE

*Debtor(s) certify the separate classification(s) of the claim(s) listed above will not prejudice other unsecured nonpriority creditors pursuant to 11 U.S.C. § 1322.

VI. **EXECUTORY CONTRACTS AND UNEXPIRED LEASES:** Secured claims filed by any creditor/lessor granted stay relief in this section shall not receive a distribution from the Chapter 13 Trustee.

   ■ NONE

VII. **INCOME TAX RETURNS AND REFUNDS:** ■ NONE

VIII. **NON-STANDARD PLAN PROVISIONS** ■ NONE

Debtor(s): SUSAN FRANCIS SAVIO          Case number: 15-13256 RAM

**PROPERTY OF THE ESTATE WILL VEST IN THE DEBTOR(S) UPON PLAN CONFIRMATION.**

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

_____ Debtor    February 11, 2019          _____ Joint Debtor    _____
SUSAN FRANCIS SAVIO                          Date                                                                                    Date

_____              February 11, 2019
Attorney with permission to sign on              Date
Debtor(s)' behalf

By filing this document, the Attorney for Debtor(s) or Debtor(s), if not represented by counsel, certifies that the wording and order of the provisions in this Chapter 13 plan are identical to those contained in Local Form Chapter 13 Plan and the plan contains no nonstandard provisions other than those set out in paragraph VIII.